PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0033-WBS |
| Plaintiff, | STIPULATION TO RESET HEARING DATE; ORDER |
| v. | |
| EFRAIM JOURNO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference (possible change of plea) on April 11, 2022.

2. By this stipulation, defendant now moves to reset the matter for a Change of Plea on March 21, 2022, at 9:00 a.m. by videoconference.

3. The government does not object to the request.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 11, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ MIRIAM R. HINMAN<br>MIRIAM R. HINMAN<br>Assistant United States Attorney |
| Dated: March 11, 2022 | /s/ MARK DANIEL MELNICK<br>MARK DANIEL MELNICK<br>LEAH NAPARSTEK<br>Counsel for Defendant<br>Efraim Journo |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE