PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         PLAINTIFF,<br>              v.<br><br>EFRAIM JOURNO,<br><br>                         DEFENDANT. | Case No.: 2:22-CR-00033-WBS<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

The United States and Efraim Journo ("defendant") hereby move for an order authorizing deposits into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the following grounds:

1. The defendant signed a plea agreement that was entered on March 21, 2022 (the "Plea Agreement"). Dkt. No. 28. Through the Plea Agreement, the defendant agrees to plead guilty to one count of Conducting an Illegal Gambling Business in violation of 18 U.S.C. § 1955.

2. On March 21, 2022, the Court accepted the defendant's guilty pleas pursuant to the Plea Agreement. The Court is scheduled to sentence the defendant on June 27, 2022.

3. In the Plea Agreement, the defendant agrees to pay a $4,000.00 fine and a $100.00 special assessment ("Criminal Monetary Penalties") prior to sentencing.

4. The United States and the defendant request an order that provides that, on or before the

date of the defendant's sentencing, the defendant, or any individual or entity on his behalf, be permitted to make payments in partial or full satisfaction of the defendants' criminal monetary penalties ("Deposit") to the Clerk of the Court as specified in the accompanying order. The Deposit shall remain in the Court's deposit fund pending the defendants' sentencing in this case, or upon further order of the Court. The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated:   5/24/22              By:     */s/ Roger Yang*
                                      ROGER YANG
                                      Assistant United States Attorney


Dated:   5/23/22                      */s/ Mark Daniel Melnick*
                                      MARK DANIEL MELNICK
                                      Attorney for Defendant

# O R D E R

The Court, having reviewed the court files and the Joint Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby **GRANTS** the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on his behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> **OFFICE OF THE CLERK**
> **United States District Court**
> **501 I Street, Suite 4-200**
> **Sacramento, CA 95814**

3. The payment instrument(s) shall include the case number (No. 2:22-CR-00033-WBS).

4. Upon receipt, the Clerk shall promptly **DEPOSIT** the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be **TRANSFERRED** to the defendant's criminal case.

6. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: June 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE