MARK DANIEL MELNICK
LEAH NAPARSTEK
14401 Sylvan Street, Suite 201
Van Nuys, California 91401
Phone: (818) 981-9777
Fax: (818) 981-8777

Attorneys for Efraim Journo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EFRAIM SHALOM JOURNO,<br><br>　　　　Defendant | No. 0972 2:22CR00033-1<br><br>ORDER CONTINUING SENTENCING HEARING DATE<br><br>**Hearing Date: August 1, 2022** |

　　　The Court has read and considered the Stipulation Regarding Request for Continuance of the Sentencing Hearing, filed by the parties in this matter on June 22, 2022.  Therefore, for good cause shown, the sentencing hearing in this matter is continued from June 27, 2022, to August 1, 2022 at 9:00 a.m..

IT IS SO ORDERED.

Dated:  June 23, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE