MARK DANIEL MELNICK
LEAH NAPARSTEK
14401 Sylvan Street, Suite 201
Van Nuys, California 91401
Phone: (818) 981-9777
Fax: (818) 981-8777

Attorneys for Efraim Journo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EFRAIM SHALOM JOURNO,<br><br>　　　　Defendant | No. 0972 2:22CR00033-1<br><br>ORDER RE: STIPULATION TO SENTENCING HEARING VIA ZOOM<br><br>**Sentencing Date: September 6, 2022** |

　　　　The Court is not satisfied that the current Zoom technology is sufficient to assure the protection of defendant's constitutional and statutory rights during a sentencing proceeding. Accordingly, the request to conduct the sentencing hearing by Zoom is DENIED.

IT IS SO ORDERED.

Dated:  August 23, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE